OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1M        $ 00.26⁵
0004279596      JAN 22 2015
MAILED FROM ZIP CODE 78701

1/21/2015
**ROWELL, DAVID LEWIS**        Tr. Ct. No. 20,648-A        WR-47,569-03
This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

GRANT U. HARDEWAY, SR.
ATTORNEY AT LAW
412 MAIN STREET
SUITE 300
HOUSTON, TX 77002

EBN3B 77002